# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

MARIA ZUNIGA, EMILY HERNANDEZ,
JENNIFER GALLEGOS, CASSANDRA
GUTIERREZ, PRISCILLA GUTIERREZ,
STEPHANIE MANZANARES, PAT VIGIL,
MINDY HOERTER, and DEANNA MIGLIO,
on behalf of themselves and all others similarly
situated,

    Plaintiffs,

vs.                No. CIV 11-0877 JB/LAM

BERNALILLO COUNTY, JULIAN BARELA,
and DAN MAYFIELD,

    Defendants.

## <u>INTERLOCUTORY ORDER</u>[1]

   **THIS MATTER** comes before the Court on the Plaintiffs' Motion and Supporting Memorandum of Law in Support of Motion for Class Certification, filed June 13, 2014 (Doc. 136)("Motion").  The Court held a hearing on February 5, 2015.  The Court grants the Motion in part and denies it in part.

   **IT IS ORDERED** that the requests in the Plaintiffs' Motion and Supporting Memorandum of Law in Support of Motion for Class Certification, filed June 13, 2014 (Doc. 136), are granted in part and denied in part.

---

[1]This Order disposes of the Plaintiffs' Motion and Supporting Memorandum of Law in Support of Motion for Class Certification, filed June 13, 2014 (Doc. 136).  The Court will, however, at a later date issue a Memorandum Opinion more fully detailing its rationale for this decision.

_____
UNITED STATES DISTRICT JUDGE

_Counsel:_

Whitney Warner
Repps D. Stanford
Moody & Warner, PC
Albuquerque, New Mexico

  _Attorneys for the Plaintiffs_

Emily A. Franke
Agnes F. Padilla
Butt Thornton & Baehr PC
Albuquerque, New Mexico

  _Attorneys for the Defendants_